869 F.2d 589
 Labov (Steven)
v.
Lalley (Frank P.), Hennessey (John), Bartle (Paul B.), Myers
(Allan C.), Banning (Rita C.), Jenking (Frank W.), Hill
(Frederick B.), Watt (E.M.), Watt & Dobson, Inc., Whelen
(James J.), Whitaker (James B.), Watt (Thomas M.), Unknown
Officers Designated as John Doe
 NOS. 88-1093, 88-1095
 United States Court of Appeals,
Third Circuit.
 JAN 23, 1989
 
 Appeal From: E.D.Pa.,
 McGlynn, J.
 
 
 1
 AFFIRMED.